NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRITNEY L. BAIN,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2016-1333

---

Petition for review of the Merit Systems Protection Board in No. SF-0845-15-0579-I-1.

---

**JUDGMENT**

---

MICHAEL BRADY, Law Office of Michael T. Brady, Winthrop, WA, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  February 10, 2017  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |